Eliza Francisco, Appellant, v. Joseph T. Talbert and Nicholas Casey, Respondents, Impleaded with Lawrence Kanna.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. Betsy Pullman, as Executrix, etc., of Willard Pullman, Deceased, Appellant, v. R. Fenton Seeley and Others, as Assessors of the Town of Waterloo, Seneca County, New York, Respondents.— Order modified by striking therefrom the last clause and inserting in lieu thereof "with fifty dollars costs and disbursements to the relator," and as so modified the said order is affirmed, with ten dollars costs and disbursements on this appeal. The costs herein specified are hereby awarded against the town of Waterloo. All concurred.

Jerre T. Durham, Respondent, v. The Area or Territory of Sylvan Beach, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. Held, that the summons was not served in accordance with the provisions of defendant's charter.* All concurred.

Mary Forkhamer, as Administratrix, etc., of Joseph Forkhamer, Deceased, Appellant, v. The Haberle Crystal Spring Brewing Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Mary Cunningham, as, etc., Respondent, v. Gould Paper Company and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Walter S. Coffin, Respondent, v. James J. Barber and Another, Appellants.— Motion for leave to amend decision and order denied, with ten dollars costs and disbursements.

Theresa Rossenbach v. Supreme Court of the Independent Order of Foresters. — Motion for reargument denied, with ten dollars costs. Motion to amend decision and order denied.

Margaret Wendell v. Michael J. Leo.— Motion for reargument denied, with ten dollars costs and disbursements.

Frank A. Lord, Respondent, v. J. G. White & Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William D. Ingersoll, Appellant, v. Henry B. Saunders and Neil McCloskey, Respondents.— Judgment and order affirmed, with costs. All concurred.

Albert J. Wheeler, as Receiver of the German Bank, Respondent, v. Eugene A. Georger, Appellant.— Order affirmed, with ten dollars costs and disbursements, and motion to dismiss appeal denied, without costs. All concurred.

Richard Ellison, Plaintiff, v. The City of Auburn, Defendant.— Plaintiff's exceptions overruled, motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. All concurred, except Kruse, J., who dissented.

* See Laws of 1896, chap. 812, § 22, as renumbered and amd. by Laws of 1901, chap. 361.—[Rep.